IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SHENA MILLER, | * |
|     Plaintiff, | * |
| vs. | * |
| |    CASE NO. 3:08-CV-85 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
|     Defendant | |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 16, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 17th day of April, 2009.

                                    S/Clay D. Land
                                        CLAY D. LAND
                        UNITED STATES DISTRICT JUDGE